**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  07-2722-SIMONTON**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**

**KENNETH D. IZARD,**

      **Defendant.**

_____/

**ORDER ON MOTION TO REVISE BOND CONDITIONS**

      This matter arose upon Defendant Izard's Motion to Revise Bond Conditions (DE # 7).  Defendant Izard appeared in this Court based upon a warrant for his arrest issued out of the Middle District of Alabama for alleged violations of his supervised release. Thereafter, the Alabama case was transferred to the Middle District of Florida. Defendant appeared in this Court to face the charges in the Petition to Revoke Supervised Release upon the completion of his state sentence. The Defendant was released on an agreed bond on June 7, 2007, with the condition that his mother co-sign the bond on or before June 13, 2007.   Also on June 7, 2007, this Court issued an Order of Removal which required Mr. Izard to appear in the Middle District of Florida to face this charge.

      On June 13, 2007, in lieu of posting a bond with the co-signature of the Defendant's mother, counsel for the Defendant filed the present motion.  The motion alleges that the Defendant has returned to the Middle District of Florida, where he resides under the supervision of his state parole officer, and that his 96-year old mother is not willing to co-sign the bond.

      At the outset, it is not clear whether this Court presently has jurisdiction over this

case, or whether a request for modification of the bond is now properly vested in the Middle District of Florida.  Assuming that this Court retains jurisdiction, it nevertheless appears appropriate to defer the issue of bond to the Court with jurisdiction over the underlying supervision case.

Therefore, based upon a review of the record as a whole, it is hereby

**ORDERED AND ADJUDGED** that the Motion to Revise Bond is **GRANTED, IN PART**.  The time during which the Defendant may remain on bond without obtaining the co-signature ordered by the Court is extended through the earlier of the date set for initial appearance in the Middle District of Florida, or July 2, 2007.  If the Defendant is unable to obtain the co-signature by that date, unless otherwise modified by the United States District Court for the Middle District of Florida, he shall surrender himself to the United States Marshal's Service in the Middle District of Florida, to appear in that Court for further proceedings.  Counsel for the government shall furnish a copy of this Order to the AUSA handling the case in the Middle District of Florida.

**DONE AND ORDERED** in chambers in Miami, Florida, on June 13, 2007.

**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:
All counsel of record
U.S. Probation Officer Cheryl A. Law